UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X     04 CV 3452 (NG) (LB)
CARMEN D. GONZALO,

                **Plaintiff,**

   -against-                                            **ORDER**

ALL ISLAND TRANSPORTATION and
LARRY BLESSINGER,

                **Defendants.**
----------------------------------------------------------------X

**GERSHON, United States District Judge:**

       Pursuant to a schedule set by Magistrate Judge Bloom, defendants filed a motion for summary judgment. Their motion papers are deficient in the following respects: Defendants failed to serve and file the statements required by Local Civil Rules 56.1 and 56.2. Defendants failed to serve and file a memorandum of law. Defendants shall be granted fourteen days from the date of this order to cure those defects and are directed to forward courtesy copies of all motion papers to chambers. Plaintiff shall have until August 25, 2006 to serve and file opposition to the motion. Defendants shall have until September 1, 2006 to serve and file any reply.

                                                        **SO ORDERED.**

                                                        /S/
                                               **NINA GERSHON**
                                               **United States District Judge**

Dated:  Brooklyn, New York
         July 12, 2006